MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>MARIA DELOSANGELES CRUZ,<br>    Defendant. | No. 10-CR-00826-DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |

The defendant MARIA DELOSANGELES CRUZ, represented by Ruben T. Munoz, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for July 19, 2012, be continued to August 23, 2012.

   The parties are requesting more time to prepare their sentencing presentations.

   No other defendants are affected by this request.

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

1 SO STIPULATED:

3 Dated: July 17, 2012          /S/
4                               Thomas A. Colthurst
                                Assistant United States Attorney

6
7 Dated: July 17, 2012          /S/
                                Ruben T. Munoz, Esq.
                                Attorney for Defendant

9   Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. MARIA DELOSANGELES CRUZ*, scheduled for July 19, 2012, is
11 continued to August 23, 2012, at 10:00 a.m.

14 DATED: ïƌìƊG

                                THE HONORABLE D. LOWELL JENSEN
15                              United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ          -2-