| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| MARIA DELOSANGELES CRUZ, | ) | |
| Defendant. | ) | |

The defendant MARIA DELOSANGELES CRUZ, represented by Ruben T. Munoz, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 13, 2012, be continued to October 11, 2012.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

1  SO STIPULATED:

3  Dated: September 6, 2012            /S/
4                                      Thomas A. Colthurst
                                       Assistant United States Attorney

6  Dated: September 6, 2012            /S/
7                                      Ruben T. Munoz, Esq.
                                       Attorney for Defendant

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. MARIA DELOSANGELES CRUZ*, scheduled forSeptember 13, 2012,
11 is continued to October 11, 2012, at 10:00 a.m.

14 DATED: JDFDFG

   THE HONORABLE D. LOWELL JENSEN
   United States District Judge